IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAMEL L. ANDREWS,<br><br>　　　　Defendant.<br>_____/ | No. 04-40038 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

　　The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect. Accordingly,

　　Defendant Ramel L. Andrews' admission of the violations is accepted by the Court as to charge (1) one of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on April 23, 2010 charging Defendant Ramel L. Andrews with failing to not commit another federal, state, or local crime. Sentencing is set for June 2, 2010. The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 6/2/2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge

cc: